IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>vs.<br><br>JUSTIN LEE ORSTAD,<br><br>                Defendants. | 4:13CR3115<br><br>MEMORANDUM AND ORDER |

The defendant Justin Lee Orstad is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED:

1) Alan G. Stoler is appointed as attorney of record for the above-named defendant in this matter and shall forthwith file an appearance in this case.

2) The Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

3) The Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Alan G. Stoler.

4) The Clerk shall re-generate all Notices of Electronic Filing for this case, including the NEF of the audio for the hearing held today, to provide them to Mr. Stoler.

November 4, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge