IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiffs,

vs.

JUSTIN LEE ORSTAD,

Defendants.

4:13CR3115

**MEMORANDUM AND ORDER**

IT IS ORDERED:

1)      The motion of attorney Timothy P. Sullivan to withdraw as counsel of record for defendant Justin Lee Orstad, (filing no. 54), is granted.

2)      The clerk shall delete Timothy P. Sullivan from any future ECF notifications herein.

November 6, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge