IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> vs. <br><br> JUSTIN LEE ORSTAD, <br><br> Defendants. | 4:13CR3115 <br><br> **MEMORANDUM AND ORDER** |

    For reasons unrelated to the defendant's motion, the Marshal will be transferring the defendant to CCA Leavenworth pending sentencing. The defendant was advised of this anticipated location change.

    Accordingly,

    IT IS ORDERED that in light of the plan to transfer that is already in place , and the court's lack of authority to order a specific custodial placement, the defendant's motion to review placement is denied as moot.

    April 24, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge