IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:13CR3115-2 |
| | ) | |
| v. | ) | |
| | ) | |
| JUSTIN LEE ORSTAD, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has not shown a fair and just reason for withdrawing his guilty plea under Federal Rule of Criminal Procedure 11(d)(2)(B).[1] Therefore,

IT IS ORDERED that the defendant's Motion to Withdraw Guilty Plea (filing no. 162) is denied.

DATED this 14th day of July, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

[1] I have not yet accepted the plea agreement. That may or may not provide the defendant with an avenue for relief regarding his desire to attack the gun enhancement.