IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:13CR3115 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JUSTIN LEE ORSTAD, | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned met with counsel of record and a United States Marshal. According to Fed. R. Crim. P. 43(a)(3), the defendant must be present at his sentencing hearing. Therefore, to allow the United States Marshals time to return the defendant to the district for his sentencing hearing,

IT IS ORDERED that the defendant's sentencing is continued to Thursday, August 21, 2014, at 9:00-11:00 a.m., before the undersigned United States district judge, in Courtroom No. 2, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present for the sentencing hearing.

Dated August 12, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge