IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>     vs.<br><br>JUSTIN LEE ORSTAD,<br><br>                  Defendant. | 4:13CR3115<br><br>ORDER |

IT IS ORDERED that:

(1)   Counsel shall file simultaneous briefs on the issue of compassionate release no later than July 24, 2020.

(2)   The Clerk of Court shall provide a copy of sealed Filing no. 242 and this order to Federal Public Defender David Stickman and Assistant United States Attorney Matt Molsen.

Dated this 10th day of July, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge