IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:13CR3115 |
| vs. | |
| JUSTIN LEE ORSTAD, | MEMORANDUM AND ORDER |
| Defendant. | |

Despite the efforts of the Probation Office to contact the place of confinement and the refusal of the Bureau of Prisons' warden and case manager to respond by telephone or email which annoys me greatly, Federal Public Defender David Stickman has provided me with a copy of the appellate decision by the Bureau of Prisons to deny compassionate release. Mr. Stickman notes that a portion of the opinion is darkened and unreadable because someone apparently highlighted it. Nevertheless,

IT IS ORDERED that:

(1) The Bureau of Prisons' appellate opinion provided by Mr. Stickman shall be filed by the Clerk of the Court in this matter.

(2) I shall discuss this matter with counsel and the Probation Officer today.

Dated this 6th day of August, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge